UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LONDELL HARPER, JR. | CIVIL ACTION NO. 05-0439-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| ANGIE HUFF, ET AL. | MAGISTRATE JUDGE HORNSBY |

**AMENDED ORDER**

This Court previously entered an Order denying Plaintiff's motion to proceed *in forma pauperis* on appeal. [Doc. No. 36]. Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24, the Court certified that the appeal was not taken in good faith. The Court found that the appeal was not taken in good faith for the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 25], which was adopted by the Court [Doc. No. 29] and is incorporated herein by reference. See Baugh v. Taylor, 117 F.3d 197, 202 n.21 (5th Cir. 1997).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of August, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE